IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ROSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 08 CV 1223 |
| | ) | |
| TRANS UNION, LLC, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant | ) | Magistrate Judge Cox |

**DEFENDANT TRANS UNION LLC'S**
**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union") submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All affiliates of the party: TransUnion Corp.

Date: March 14, 2008

Respectfully submitted,

**TRANS UNION LLC**

By: /s/ Sharon R. Albrecht
One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

CHGO1\31165760.1