IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN ROSEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 08 CV 1223 |
| ) | |
| TRANS UNION, LLC, ) | Judge Der-Yeghiayan |
| ) | |
| Defendant ) | Magistrate Judge Cox |

**NOTICE OF AGREED MOTION**

TO: Larry Paul Smith
Alyssa Hicks Blackwell
Larry P. Smith & Associates, Ltd.
205 N. Michigan Avenue, Suite 4000
Chicago, IL 60601

PLEASE TAKE NOTICE that on Thursday, March 20, 2008, at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in courtroom 1419, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Trans Union LLC's **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a true and correct copy of which was previously served upon you.

Dated: March 14, 2008              **TRANS UNION LLC**


By:  /s/ Sharon R. Albrecht
     One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois  60601-1293
312-368-4000

CHGO1\31165741.1