UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Brian Rosen
                   Plaintiff,

v.                                           Case No.: 1:08−cv−01223
                                              Honorable Samuel Der−Yeghiayan

Trans Union, LLC
                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan:Defendant's motion for extension of time to answer or otherwise plead [10] is granted to and including 04/23/08. Initial status hearing set for 04/29/08 at 9:00 a.m. At least four working days prior to the initial status hearing, the parties are to file the Court's Joint Jurisdictional Status Report and Joint Initial Status Report and deliver courtesy copies to this Court's Courtroom Deputy. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.