UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Brian Rosen
                     Plaintiff,

v.                                               Case No.: 1:08−cv−01223
                                              Honorable Samuel Der−Yeghiayan

Trans Union, LLC
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Counsel for Plaintiff advised this Court's Courtroom Deputy that the parties have reached a settlement and are finalizing settlement documents. Status hearing reset to 05/20/08 at 9:00 a.m. Status hearing set for 04/29/08 is stricken. If the parties file and submit a courtesy copy to this Court's Courtroom Deputy the appropriate settlement document(s) prior to the 05/20/08 status hearing, the status hearing will be stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.