# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ROSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 08 CV 1223 |
| | ) | |
| TRANS UNION, LLC, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant | ) | Magistrate Judge Cox |

### AGREED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Trans Union LLC ("Trans Union"), by its attorneys, hereby moves this Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint, and in support thereof states as follows:

1. Pursuant to this Court's March 19, 2008, order, Trans Union is required to answer or otherwise plead in response to Plaintiff's Complaint by April 23, 2008.

2. Plaintiff and Trans Union have agreed to a settlement and are in the process of finalizing that agreement.

3. Counsel for Plaintiff has agreed to the proposed extension.

4. Trans Union respectfully requests that this Court extend its time to answer or otherwise plead to and including May 21, 2008.

5. Trans Union's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Trans Union respectfully requests that this Court grant its motion for an extension of time allowed to answer or otherwise plead in response to Plaintiff's Complaint to and including May 21, 2008.

CHGO1\31205710.1

Dated: April 23, 2008              Respectfully submitted,

                                                         **TRANS UNION LLC**

                                                         By: /s/ Sharon R. Albrecht_____
                                                                One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000