IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ROSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 08 CV 1223 |
| | ) | |
| TRANS UNION, LLC, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant | ) | Magistrate Judge Cox |

## NOTICE OF AGREED MOTION

TO:   Larry Paul Smith
　　　Alyssa Hicks Blackwell
　　　Larry P. Smith & Associates, Ltd.
　　　205 North Michigan Avenue
　　　40th Floor
　　　Chicago, IL  60601

　　　PLEASE TAKE NOTICE that on Wednesday, May 7, 2008, at 9:00 a.m. or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in courtroom 1903, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Trans Union LLC's **Agreed Motion for Second Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a true and correct copy of has been served upon you.

Dated: April 23, 2008　　　　　　**TRANS UNION LLC**


　　　　　　　　　　　　　　　　　By:__/s/ Sharon R. Albrecht_____
　　　　　　　　　　　　　　　　　　　One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois   60601-1293
312-368-4000

CHGO1\31205720.1