**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRIAN ROSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-1223 |
| ) | |
| TRANS UNION, LLC, ) | Judge Der-Yeghiayan |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

Ms. Sharon Albrecht
DLA Piper US LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
Email: shari.albrecht@dlapiper.com

    PLEASE TAKE NOTICE THAT On April 28, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice *via email* to the above named parties before 5:00 p.m. on April  28 , 2007 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                                          By: _____*/s Larry P. Smith*_____
                                                                  Attorney for Plaintiff