# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1223 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Brian Rosen vs. Trans Union, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's voluntary motion to dismiss [17] is granted. The instant action is hereby dismissed with prejudice with each party to bear its own costs and fee. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|